PROB 12C
(7/93)

Report Date: June 28, 2012

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Trause Delane Gladney | Case Number: 2:05CR06009-001 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 6/30/2006

Original Offense:   Distribution of a Controlled Substances, 21 U.S.C. § 841(a)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 57 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: | 7/2/2010 |
| Defense Attorney: | Victor Lara | Date Supervision Expires: | 7/1/2012 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance. |

**Supporting Evidence**: Trause Gladney is considered in violation of his period of supervised release by illegally possessing prescription medications on or prior to June 22, 2012.

On June 22, 2012, at 12:19 a.m., the defendant was contacted by officers with the Kennewick Police Department. The officers had observed the defendant driving a vehicle when his license was suspended. A search of the defendant was conducted and officers located pills wrapped in plastic in his front pocket. Markings on the pills were checked using Drugs.com and they were found to be Oxycodone and Hydrocodone. A total of 37 pills were located. The defendant also had $267.00 in U.S. Currency in his pocket. The defendant was booked into the Benton County Jail for illegally possessing prescription medication.

The defendant was charged in Benton County Superior Court, under case number 21-1-00741-5, on two counts of possession of a controlled substance without a prescription. The defendant posted bailed and was released from custody on June 26, 2012.

Prob12C
**Re: Gladney, Trause Delane**
**June 28, 2012**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/28/2012

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/28/12
Date