UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-05-6009-LRS-1 |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO DISMISS PETITION |
| TRAUSE D. GLADNEY, | ) | |
| Defendant. | ) | |

BEFORE THE COURT is Defendant's Motion to Dismiss (ECF No. 149). The Plaintiff did not file a written opposition but indicated, through defense counsel, it would take no position on this matter (ECF No. 149 at 2). Defendant remains on supervised release pursuant to the terms and conditions heretofore in effect. For the reasons set forth in the Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (ECF No. 149) is **GRANTED,** and the Petition is dismissed.

**IT IS SO ORDERED**. The district court executive is directed to enter this order and provide copies to counsel and the United States Probation Office.

DATED this 1st day of March, 2013.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER                                              1